AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>KEVIN A. KOVACS<br><br>Defendant(s) | )<br>)<br>) Case No. 3:20-mj-180<br>)<br>) Magistrate Judge Michael J. Newman<br>)<br>) |

FILED
RICHARD W. NAGEL
CLERK OF COURT
4/15/20
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/13/2015 to 12/19/2019__ in the county of __Greene__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Production of child pornography (three counts) |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of child pornography (one count) |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of child pornography (one count) |
| 18 U.S.C. § 2252(a)(1) & (b)(1) | Transportation of child pornography (three counts) |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of child pornography (one count) |
| 18 U.S.C. § 1512(b)(3) & (c)(2) | Tampering with a Witness or Informant |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Andrea R. Kinzig, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: __11:18 AM, Apr 15, 2020__

City and state: __DAYTON, OHIO__

Michael J. Newman
United States Magistrate Judge

**Via electronic means.**