UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:20-cr-51

KEVIN A. KOVACS,

    District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) CONTINUING THIS MATTER FOR 30 DAYS; (2) SETTING THIS CASE FOR A STATUS CONFERENCE ON SEPTEMBER 20, 2021; AND (2) MAKING AN ENDS OF JUSTICE FINDING**

---

This criminal case came before the Court for a status conference on August 19, 2021. AUSA Dwight Keller appeared for the government. Katherine Breault appeared on behalf of Defendant. The government advised the Court that the speedy trial deadline is September 20, 2021. Counsel requested that the Court continue this matter for 30 days to allow them to adequately prepare for trial. Accordingly, the Court **CONTINUES** this matter for 30 days through **October 20, 2021** and sets for a status conference on **September 20, 2021 at 11:30 a.m.**

The Court finds -- after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), and with the agreement of (and at the request of) defense counsel -- that the ends of justice are served by continuing this matter until October 20, 2021.  Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective trial preparation, deprive Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice.   Accordingly, without objection by the parties, the time from August 20, 2021 until the October 20, 2021 trial is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

**IT IS SO ORDERED.**

Date:   August 20, 2021                                         s/ Michael J. Newman
                                                                                                   Hon. Michael J. Newman
                                                                                                   United States District Judge