UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:20-cr-51

vs.

KEVIN A. KOVACS,                         District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING IN PART THE GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME (Doc. No. 54); (2) REQUIRING THE GOVERNMENT TO PROVIDE ITS EXHIBIT LIST AND EXHIBITS TO THE COURT AND DEFENSE COUNSEL BY FEBRUARY 10, 2022, AT 5:00 P.M.; AND (3) DENYING THE GOVERNMENT'S MOTION IN REMAINING PART**

---

This case is before the Court on the Government's motion for an extension of time to provide an exhibit list and exhibits to the Court and defense counsel. Doc. No. 54. For good cause shown, the Court **GRANTS IN PART** the Government's motion. On or before **February 10, 2022 at 5:00 p.m.**, the Government shall to provide its exhibit list and exhibits to the Court and defense counsel. The Government's motion (Doc. No. 54) is **DENIED** in remaining part.

    **IT IS SO ORDERED.**

Date:   February 7, 2022                      s/Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge