UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 3:20-cr-51

vs.

KEVIN KOVACS,                       District Judge Michael J. Newman

    Defendant.

---

### ORDER: (1) CANCELLING SENTENCING HEARING ON OCTOBER 28, 2022; AND (2) SETTING A BRIEFING SCHEDULE ON REMAINING RESTITUTION ISSUES

---

This criminal case is before the Court prior to Defendant's sentencing hearing scheduled for October 28, 2022.  The parties have informed the Court that there is a dispute over the amount of restitution that certain victims are entitled to under 18 U.S.C. § 2259.  The Court therefore **CANCELS** the sentencing hearing originally scheduled for October 28, 2022.

The Court **ORDERS** the Government and Defendant to file a memorandum concerning the remaining restitution issues.  In their briefing, the Government and Defendant shall: (1) identify which victims and/or what amounts of restitution are not in dispute; (2) identify which victims and/or what amounts of restitution are in dispute; and (3) address what restitution amount this Court should impose based on the relevant standards, *see, e.g.*, 18 U.S.C. § 2259(b)(2)(A)–(B); *United States v. Paroline*, 572 U.S. 434, 460 (2014).  The Government shall file its brief **on or before November 10, 2022**.  Defendant shall file his brief in opposition **within fourteen days of the filing of the Government's brief**.  The Court will schedule oral argument thereafter.

        **IT IS SO ORDERED.**

Date:   October 27, 2022                             s/ Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge