UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:20-cr-51 |
| vs. | |
| KEVIN A. KOVACS, | District Judge Michael J. Newman |
| Defendant. | |

---

**ORDER: (1) REQUIRING THE GOVERNMENT TO FILE, BY DECEMBER 22, 2025, A MEMORANDUM IN OPPOSITION, OR TO OTHERWISE RESPOND, TO DEFENDANT'S MOTION FOR REDUCTION IN HIS SENTENCE (Doc. No. 97); AND (2) REQUIRING DEFENDANT TO FILE, BY JANUARY 23, 2026, ANY REPLY TO THE GOVERNMENT'S MEMORANDUM IN OPPOSITION OR RESPONSE TO DEFENDANT'S MOTION FOR REDUCTION IN HIS SENTENCE**

---

This felony case is pending on Defendant's *pro se* motion for a reduction in his sentence (Doc. No. 97), to which the Government has not responded. The Government is **ORDERED** to file a memorandum in opposition, or to otherwise respond, to Defendant's motion **by December 22, 2025**. Any reply by Defendant to the Government's memorandum in opposition or response is due **by January 23, 2026**.

**IT IS SO ORDERED.**

November 18, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge